UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN ETTLINGER,

    Plaintiff,

v.                                           Case No.  3:16-cv-142-HES-JBT

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## ORDER

Before the Court is the parties' "Joint Stipulation of Dismissal Without Prejudice" (Doc. 7, filed Mar. 24, 2016). The parties dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED without prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of March, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Frank H. Kerney, III, Esq.
Octavio Gomez, Esq.
Rachel A. Morris, Esq.